**Brooks v New York State Dept. of Health**

2025 NY Slip Op 32734(U)

August 11, 2025

Supreme Court, Monroe County

Docket Number: Index No. E2025015807

Judge: Jr., James E. Walsh

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

At a Term of the Supreme Court, in
and for the County of Monroe,
Rochester, New York.

SUPREME COURT
STATE OF NEW YORK  :  MONROE COUNTY

_____

CHRISTOPHER HUBBARD BROOKS AND
WENDY HAMMOND BROOKS,

                                *Plaintiffs,*        DECISION & ORDER

      -vs-
                                              INDEX No.: E2025015807

NEW YORK STATE DEPARTMENT OF HEALTH,
VITAL RECORDS SECTION AND MONROE COUNTY
CLERK'S OFFICE,

                                *Defendants.*

_____

APPEARANCES:

| | |
|---|---|
| Attorney for Plaintiffs: | *Salene Kraemer, Esq.* |
| | 314 Old Farm Road |
| | Pittsburgh, PA  15228 |
| | |
| Attorney for Defendant, | *Michael Pitcher, Esq.* |
| New York State Department of | NYS Attorney General's Office |
| Health, Vital Records Section: | 144 Exchange Boulevard, Ste. 200 |
| | Rochester, NY  14614 |
| | |
| Attorney for Defendant, | *Robert Shoemaker, Esq.* |
| Monroe County Clerk's Office: | Monroe County Law Department |
| | 39 West Main Street |
| | Rochester, NY  14614 |

_____

James E. Walsh, Jr., J.

      Plaintiffs Christopher Hubbard Brooks and Wendy Hammond Brooks, having moved this

Court by way of an Order to Show Cause filed July 17, 2025 (NYSCEF Doc. #2), seek an order

affirming discrepancies contained within certain vital records, and supporting their applications

for digital nomad visas (NYSCEF Docs. #1 – 16, 19-21), and

[* 1]

Defendant Monroe County Clerk's Office having not opposed the petition, but noting that "the proposed order does not appear to have any direct effect on the Clerk's Office, nor does the petition appear to seek any relief from the Clerk's Office itself", and directing the Court's attention to *Matter of Hudson* in which "a court of coordinate authority held that it lacked jurisdiction over a request for a "one and the same order" due in part to the lack of a justiciable controversy, and dismissed the matter (Attorney Correspondence to the Court dated 08/06/25, NYSCEF Doc. #18, citing 85 Misc.3d 567 [Sup. Ct. Kings County 2024]), and

Defendant New York State Department of Health having declined to take a position, noting that "it is not within the Department's discretion or authority to resolve a request for a "one and the same" order" (Attorney Affirmation dated 08/06/25, NYSCEF Doc. #22.), and

Now, upon consideration of the Plaintiffs' Order to Show Cause and supporting motion papers, as well as the positions of the Defendants, and upon due deliberation thereon, the Court hereby finds that the Plaintiffs have provided insufficient legal authority, and this Court found no legal authority, statutory, caselaw, or otherwise, permitting this Court to grant the requested relief. Moreover, even if this Court had the discretionary authority to approve such an Order, this Court finds the submitted proof to be insufficient.

Therefore, it is hereby

ORDERED that the Plaintiffs' Order to Show Cause for an Order Affirming Discrepancies in Support of Application for Digital Nomad Visas is denied; and it is further

ORDERED that any other relief requested, not specifically addressed by this Order, is denied.

Dated: August 11, 2025

*James E. Walsh, Jr.*
HON. JAMES E. WALSH, JR.
SUPREME COURT JUSTICE

[* 2]